AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
In Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>M g u on, Paul A | 2. Court or Organization<br><br>U.S. District Court, Minnesota | 3. Date of Report<br><br>03/24/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, senior | 5. Report Type (check appropriate type)<br><br>● Nomination,  Date<br>○ Initial  ◉ Annual  ○ Final | 6. Reporting Period<br><br>01/01/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>730 Burger Federal Courts Bldg<br>316 N. Robert Street<br>St. Paul, MN 55101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE  - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American Bar Association, CEELI (Central and East European Law Initiative) Advisory Board, Washington, D.C. |
| 2. | Director | Minnesota Prayer Breakfast Committee, Minneapolis, Minnesota |
| 3. | Director | International Judicial Academy |
| 4. | Director | Tenmakers, Minneapolis, Minnesota |
| 5. | Director | Union Gospel Mission, St. Paul, Minnesota |
| 6. | | |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE  - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE
Mar 25 11:04 AM '05
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ABA CEELI | Feb. 19-20, Washington, D.C - ABA CEELI Advisory Board Meeting (transportation) |
| 2. | American Councils for International Education | Mar. 11-19, Washington, D.C. - Library of Congress Open World Prog. (transportation, meals room) |
| 3. | Chemonics International, Inc. | Apr. 19-May 3, Moscow, Saratov, Sochi, Russia - Lib.of Congress Open World Alumni Prog., Council of Judges (transportation, meals, room) |
| 4. | ABA CEELI; USAID | May 7-13, Tirana, Albania -Rule of Law & Anti-Corruption Conf.; National Day of Justice (transportation, meals room) |
| 5. | ABA CEELI | May 24-June 4, Nairobi, Kenya - Judicial Ethics seminar (transportation, meals, room) |
| 6. | U.S. Department of State | June 8-12, Ljubljana, Slovenia - spoke on Judicial Ethics at Slovenia Assn. Of Judges (transportation, meals, room) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 7. American Councils for International Education | July 7-10, Washington, D.C. - Library of Congress Open World Program (transportation, meals, room) |
| 8. American Councils for International Education | July 12-17, Rapid City, SD - Library of Congress Open World Program (meals) |
| 9. FREE (Foundation for Research on Economics and the Environment) | Sept. 14-19, Bozeman, MT - seminar on Elicit Drugs, Civil Society, and the Environment (transportation, meals, room) |
| 10. Federal Judicial Center | Sept. 20-22, Seattle, WA - National Workshop for Judges (transportation, meals, room) |
| 11. Federal Judges Association | Oct 30-Nov 4, Valle de Bravo, Mexico - Ann. Mtg of International Association of Judges (transportation) |
| 12. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magnuson, Paul A | 03/24/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transacdoo) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Hartford Cap.Fund IRA | | None | M | T | | | | | |
| 2. H.B. Fuller Common Stock | A | Dividend | J | T | | | | | |
| 3. Hartford Cap Fund A | | None | J | T | | | | | |
| 4. Ord-Tech Oilton Remote Detection Technologies, Inc. | | None | J | T | | | | | |

1. Income/Gain C des:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000      G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value C des:              J = $15,000 or less       K = $15,001-$50,000      L = $50,001-$100,000       M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000     O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                        P4 = More than $50,000,000

3. Value Method Codes        Q = Appraisal            R = Cost (Real Estate Only)  S = Assessment             T = Cash/Market
   (See Column C2)           U = Book Value           V = Other                W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date     3/24/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544